IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MORRIS T. SLAUGHTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | |
| | ) | 1:17-cv-00579-SCJ |
| CITY OF DOUGLASVILLE, | ) | |
| GEORGIA, CHRIS WOMACK, in his | ) | |
| individual capacity, RUSSELL | ) | |
| STACY FULLER, in his individual | ) | |
| capacity, and JOSHUA WOLF, in his | ) | |
| individual capacity, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE OF DISCOVERY**

Comes now defendant the City of Douglasville, Georgia, pursuant to Rule 26.3 of the Local Rules of the United States District Court, Northern District of Georgia, and provides notice that counsel of record was served via email and United States mail with the following:

1. Defendant City of Douglasville, Georgia's First Set of Continuing Interrogatories to Plaintiff; and

2. Defendant City of Douglasville, Georgia's First Request for Production of Documents to Plaintiff.

The undersigned, in accordance with L.R. 7.1 and 5.1 hereby certifies that the typefont used herein is 14-Point Times New Roman.

This 19th day of April, 2017.

/s/ Harvey S. Gray
Harvey S. Gray
Georgia Bar No. 305838
Dianna J. Lee
Georgia Bar No. 163391
*Attorneys for Defendant City of Douglasville, Georgia*

Gray, Rust, St. Amand, Moffett & Brieske, LLP
1700 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, Georgia 30326
(404) 870-7376 (Gray)
(404) 870-5955 (Lee)
(404) 870-7374 (Fax)
hgray@grsmb.com
dlee@grsmb.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MORRIS T. SLAUGHTER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF DOUGLASVILLE, ) <br> GEORGIA, CHRIS WOMACK, in his ) <br> individual capacity, RUSSELL ) <br> STACY FULLER, in his individual ) <br> capacity, and JOSHUA WOLF, in his ) <br> individual capacity, ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. <br><br> 1:17-cv-00579-SCJ |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day filed a copy of the foregoing *Certificate of Service of Discovery* with the Clerk of Court using the CM/ECF system which will automatically send a service copy via email to the following:

Jeffrey R. Filipovits
Filipovits Law Firm, P.C.
2900 Chamblee-Tucker Road
Building 1
Atlanta, GA  30341
*Attorney for Plaintiff*

Mawuli M. Davis
Frank M. Gaither, Jr.
Harold W. Spence
The Davis Bozeman Law Firm, P.C.
4153-C Flat Shoals Parkway, Suite 332
Decatur, GA  30034
*Attorneys for Plaintiff*

Sara E. Brochstein
Freeman Mathis & Gary, LLP
100 Galleria Parkway
Suite 1600
Atlanta, GA  30339-5948
*Attorney for Defendant Joshua Wolf*

James R. Westbury, Jr.
Westbury & Bennett, P.C.
1012 Memorial Drive
Suite 13
Griffin, GA  30224
*Attorney for Defendant Chief Womack*

Tracy L. Glanton
Elarbee, Thompson, Sapp & Wilson LLP
800 International Tower
229 Peachtree Street, NE
Atlanta, GA  30303
*Attorney for Defendant Stacy Fuller*

This 19th day of April, 2017.

/s/ Harvey S. Gray
Harvey S. Gray
Georgia Bar No. 305838
Dianna J. Lee
Georgia Bar No. 163391
*Attorneys for Defendant City of Douglasville, Georgia*

Gray, Rust, St. Amand, Moffett & Brieske, LLP
1700 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, Georgia 30326
(404) 870-7376 (Gray)
(404) 870-5955 (Lee)
(404) 870-7374 (Fax)
hgray@grsmb.com
dlee@grsmb.com