IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MORRIS T. SLAUGHTER, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION FILE |
| | * | NO. 1:17-CV-00579-SCJ |
| V. | * | |
| | * | |
| CITY OF DOUGLASVILLE, | * | |
| GEORGIA, CHRIS WOMACK, in | * | |
| his individual capacity, RUSSELL | * | |
| STACY FULLER, in his individual | * | |
| capacity, and JOSHUA WOLF, in | * | |
| his individual capacity. | * | |
| | * | |
| Defendants. | * | |

## **RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY REQUESTS**

Pursuant to Local Rule 5.4, I hereby certify that I have on this day served upon all parties the following:

1. Defendant Joshua Wolf's First Request for Production of Documents to Plaintiff Morris T. Slaughter; and

2. Defendant Joshua Wolf's First Interrogatories to Plaintiff Morris T. Slaughter

by depositing a true and correct copy thereof in the United States mail, with sufficient postage affixed thereon to ensure delivery, and properly addressed to counsel of record as follows:

Jeffrey R. Filipovits
Filipovits Law Firm, P.C.
2900 Chamblee-Tucker Road
Building 1
Atlanta, GA  30341

Mawuli M. Davis
Frank Gaithers, Jr.
Harold W. Spence
The Davis Bozeman Law Firm, P.C.
4153-C Flat Shoals Parkway
Suite 332
Decatur, GA  30034

Matthew Herbert Bennett
James Richard Westbury, Jr.
James R. Westbury, Jr. P.C.
Suite 13
1012 Memorial Drive
Griffin, GA 30224

Tracy Lynn Glanton
Elarbee, Thompson, Sapp & Wilson, LLP
229 Peachtree Street, N.E.
800 International Tower
Atlanta, GA 30303-1614

Harvey Scott Gray
Dianna J. Lee
Gray Rust St. Amand Moffett & Brieske
1700 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, GA 30326

2

This 26th day of May, 2017.

                                                                          */s/ Sara E. Brochstein*
                                                                          Sara E. Brochstein
                                                                          Georgia Bar No. 446366
                                                                          sbrochstein@fmglaw.com

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the within and foregoing **RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY REQUESTS** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing, to the following attorneys of record:

Matthew Herbert Bennett
James Richard Westbury, Jr.
James R. Westbury, Jr. P.C.
Suite 13
1012 Memorial Drive
Griffin, GA 30224

Mawuli M. Davis
Frank Gaithers, Jr.
Harold W. Spence
The Davis Bozeman Law Firm, P.C.
4153-C Flat Shoals Parkway
Suite 332
Decatur, GA  30034

Jeffrey R. Filipovits
Filipovits Law Firm, P.C.
2900 Chamblee-Tucker Road
Building 1
Atlanta, GA  30341

Tracy Lynn Glanton
Elarbee, Thompson, Sapp & Wilson, LLP
229 Peachtree Street, N.E.
800 International Tower
Atlanta, GA 30303-1614

Harvey Scott Gray
Dianna J. Lee
Gray Rust St. Amand Moffett & Brieske
1700 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, GA 30326

This 26th day of May, 2017.

                                              */s/ Sara E. Brochstein*
                                              Sara E. Brochstein
                                              Georgia Bar No. 446366
                                              sbrochstein@fmglaw.com

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)